

**SPENTONBUSH FUEL TRANSPORT SERVICE, Inc., Appellee, v. The PENNSYLVANIA RAILROAD COMPANY, Appellant. Northwestern Fire & Marine Insurance Company, Appellee.**

**No. 306.**

Circuit Court of Appeals, Second Circuit.

March 5, 1934.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Paul Tison, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellee.

Purdy & Purdy, of New York City (John E. Purdy, of New York City, of counsel), for intervening petitioner.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

being fully advised in the premises, and under the ruling of the United States Supreme Court in Massey v. U. S., 291 U. S. ——, 54 S. Ct. 532, 78 L. Ed. ——, decided by that court March 12, 1934, it is hereby ordered that the judgment of this court heretofore entered herein on October 6, A. D. 1933, affirming the judgment of the District Court of the United States for the Northern District of Illinois, Western Division, as to the above-named appellants be, and the same is hereby, vacated and set aside. It is further ordered that the said judgment of the said District Court of the United States as to appellants, John E. Speroni and T. J. Costello, be, and the same is hereby, reversed and remanded to said court, with directions to vacate that part of its judgment which sentences the above-named appellants, and to dismiss the said indictment as to them.

**John SPITLIS and Bessie Spitlis, his Wife, v. M. E. JENSEN, Receiver.**

**No. 5013.**

Circuit Court of Appeals, Seventh Circuit.

Jan. 26, 1934.

**John E. SPERONI et al. v. UNITED STATES of America.**

**No. 5021.**

Circuit Court of Appeals, Seventh Circuit.

March 23, 1934.

Dwight H. Green, U. S. Atty., of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.
This cause coming on to be heard upon the petition of John E. Speroni and T. J. Costello, by Gerald T. Wiley, their attorney, and the court having read the petition and having heard the argument of counsel, and

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.
Upon motion of W. J. Garvy, receiver of the Midland National Bank of Chicago, it is ordered that he be, and is hereby, substituted as party appellee in this cause in the place and stead of M. E. Jensen, formerly receiver of said bank. It is further ordered that Ryan, Condon & Livingston, of Chicago, Ill., may file their appearance instanter as counsel for said appellee, W. J. Garvy, receiver. It is further ordered and adjudged that this appeal be, and the same is hereby, dismissed, with costs for want of prosecution; counsel for appellant not appearing nor making any objection thereto.